DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEVILLE EDWARDS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2813

[December 31, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 02-14374CF10A.

Neville Edwards, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***